# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P-COVE ENTERPRISES, INC., d/b/a BUYERS CONSULTATION SERVICE, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> LIGHT ROCK OF MONTANA, LLC, d/b/a BRIGHTLINK RECOVERY SERVICES; AND LANCE WELLER, <br><br> Defendant(s). | Case No. CV 18-8402 FMO (KSx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Motion to Enforce Settlement Agreement, filed contemporaneously with the filing of this judgment, IT IS ADJUDGED that defendants shall pay plaintiff the amount of $125,000.

Dated this 3rd day of September, 2019.

/s/
Fernando M. Olguin
United States District Judge