JS-6

FILED
CLERK, U.S. DISTRICT COURT
11/8/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P-COVE ENTERPRISES, INC., d/b/a BUYERS CONSULTATION SERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIGHT ROCK OF MONTANA, LLC, d/b/a BRIGHTLINK RECOVERY SERVICES; AND LANCE WELLER, <br><br> Defendants. | Case No. CV 18-8402 FMO (KSx) <br><br> **JUDGMENT RE: ATTORNEY'S FEES** |

Pursuant to the Court's Order Re: Motion for Attorney Fees and Costs, filed contemporaneously with the filing of this judgment, IT IS ADJUDGED that defendants shall pay plaintiff the amount of $14,054.78 in attorneys fees and costs.

Dated this 8th day of November, 2019.

                                                                              /s/
                                          Fernando M. Olguin
                                      United States District Judge